1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10 | MONICA JEAN JEFFERSON,                )  Case No.: 1:13-cv-00704 - JLT
11 |                  Plaintiff,           )
   |                                       )  ORDER GRANTING DEFENDANT AN
12 |         v.                            )  EXTENSION OF TIME TO SERVE A RESPONSE
   |                                       )  TO PLAINTIFF'S CONFIDENTIAL LETTER
13 | CAROLYN W. COLVIN,                    )  BRIEF
   | Acting Commissioner of Social Security, )
14 |                                       )  (Doc. 13)
   |                  Defendant.           )
15

16          On February 10, 2014, the parties filed a stipulation for an extension of time for Defendant to

17 prepare and serve a response to Plaintiff's confidential letter brief.  (Doc. 13.)  Notably, the

18 Scheduling Order allows a single thirty-day extension of time by the stipulation of parties, which has

19 not been used by the parties.  (*See* Doc. 5 at 4.)

20          Accordingly, **IT IS HEREBY ORDERED**:

21          1.       The request for an extension of time is **GRANTED**; and

22          2.       Defendant **SHALL** serve a response to Plaintiff's confidential letter brief no later than

23          **February 24, 2014**.

24

25 IT IS SO ORDERED.

26    Dated:   **February 11, 2014**              **/s/ Jennifer L. Thurston**
27                                                UNITED STATES MAGISTRATE JUDGE

28